UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL PEAK,

    Plaintiff,                         Case No. 2:15-cv-13330
                                        District Judge Sean F. Cox
v.                                        Magistrate Judge Anthony P. Patti

TERMINAL MAINTENANCE
AND CONSTRUCTION, INC.,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR PROTECTIVE ORDER (DE 14)

Defendant filed a motion for qualified protective order and authorization pursuant to Health Insurance Portability and Accountability Act ("HIPAA") on May 3, 2016.  (DE 14.)  On the same day, Judge Cox referred the matter to me pursuant to 28 U.S.C. § 636(b)(1)(A).  (DE 15.)

The matter came before me for a telephonic conference call on May 11, 2016.  During the call, Plaintiff's counsel informed the Court that he did not intend to file a response in opposition to Defendant's motion.  Accordingly, Defendant's motion is **GRANTED** as unopposed.  (DE 14.)  The qualified protective order, provided as Exhibit C to Defendant's motion (DE 14-4), will be entered by separate order.

**IT IS SO ORDERED.**

Dated: May 11, 2016              s/Anthony P. Patti
                                 Anthony P. Patti
                                 UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 11, 2016, electronically and/or by U.S. Mail.

                                 s/Michael Williams
                                 Case Manager for the
                                 Honorable Anthony P. Patti

2